Mercedes T. Suarez, Respondent, *v.* Metropolitan Life Insurance Company, Appellant.

Supreme Court, Appellate Term, First Department, June 3, 1943.

*Tanner, Sillcocks & Friend* for appellant.

*Price & Wilk* for respondent.

MEMORANDUM *Per Curiam.* The papers show that defendant was entitled to relief under section 51-a of the Civil Practice Act.

Order reversed, with ten dollars costs, and motion granted.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.